**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE MIGUEL LOPEZ CHICAS,<br><br>Petitioner,<br><br><br>v.<br><br>WARDEN/FACILITY ADMINISTRATOR,<br>MOSHANNON VALLEY ICE<br>PROCESSING CENTER, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil A. No. 3:26-1785<br>Judge Nora Barry Fischer |

**ORDER OF COURT**

AND NOW, this 27th day of October, 2026, upon consideration of pro se Petitioner Jose Miguel Lopez Chicas' Motion for Voluntary Dismissal Without Prejudice, (Docket No. 8), wherein he states that he has agreed to a voluntary departure from the United States and that he no longer wishes to pursue this § 2241 habeas action,

IT IS HEREBY ORDERED that Petitioner's Motion [8] is GRANTED;

IT IS FURTHER ORDERED that the Petition [1] is DISMISSED, without prejudice; and,

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record

cc: JOSE MIGUEL LOPEZ CHICAS
A222566515
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866 (via first class mail)